Nikita Van **GOFFNEY**, Plaintiff–Appellant,

v.

J. **SAUCEDA**;  et al., Defendants,

J. Sauceda;  C. Davidson;  T. Taylor;  J. Everitt;  G. Harday;  M. Holt, Sergeant;  J. Ferraro;  G. Hardage; County of Montgomery;  Michael McDougal;  Jim Prewitt;  City of Conroe, Defendants–Appellees.

No. 04–20030.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Feb. 23, 2005.

Nikita Van Goffney, Houston, TX, pro se.

William S. Helfand, Kevin D. Jewell, Norman R. Giles, Chamberlain, Hrdlicka, White, Williams & Martin, Houston, TX, Sara Maria Forlano, County Attorney's Office, Conroe, TX, for Defendants–Appellees.

Before BARKSDALE, GARZA, and STEWART, Circuit Judges.

PER CURIAM: *

Nikita Van Goffney, Texas prisoner # 1067755, appeals the district court's de-

---

the limited circumstances set forth in 5th Cir. R. 47.5.4.
* Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be

nial of his motion for appointment of counsel in this 42 U.S.C. § 1983 proceeding. The factual issues surrounding Goffney's claims are not unusual or highly complex and are based on events that happened to him. Goffney has clearly and coherently stated his positions in his pleadings, and he has included appropriate legal citations. We conclude that the district court did not abuse its discretion by declining to appoint counsel in this case. *See Ulmer v. Chancellor,* 691 F.2d 209, 212 (5th Cir.1982).

AFFIRMED.

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.